**Motion Granted; Order filed August 5, 2021**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-20-00871-CV
_____

**GSC WHOLESALE, LLC D/B/A GROCERS SUPPLY AND THE GROCERS SUPPLY PRODUCE CO., LLC, Appellant**

**V.**

**ZACH YOUNG, Appellee**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2020-37352**

---

## ORDER

This is an accelerated appeal from an interlocutory order signed December 10, 2020. On July 7, 2021, appellants filed an unopposed motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court may make "any temporary orders necessary to preserve the parties' rights until

disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

Appellants request that we stay trial, set for December 6, 2021, in the trial court, pending resolution of this appeal. It appears from the facts stated in the motion that appellants' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We therefore ORDER that trial in the court below be stayed in trial court cause number 2020-37352, styled *Zach Young v. GSC Wholesale, LLC d/b/a Grocers Supply and The Grocers Supply Produce Co., LLC*. The trial is stayed until final decision by this court in this interlocutory appeal or until further orders of this court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.